# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH P. CHARBONNEAU, | ) | CASE NO. 8:08CV476 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | **NOTICE OF DISMISSAL WITH** |
| V. | ) | **PREJUDICE** |
| | ) | **(case settled)** |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

COMES NOW the Plaintiff Joseph Charbonneau, through his attorneys, Pamela A. Car and William L. Reinbrecht, and pursuant to Fed.R.Civ.P. 41(a)(1)(i) and gives notice of Plaintiff's dismissal of this case with prejudice as it has been settled in its entirety. Each party to pay its own fees and costs to the extent not otherwise agreed upon in the parties' confidential settlement agreement.

Dated: December 23, 2008

                          Joseph Charbonneau, Plaintiff,

              By:s/*William L. Reinbrecht*
                 William L. Reinbrecht #20138
                 Pamela A. Car #18770
                 Car & Reinbrecht, P.C., L.L.O.
                 8720 Frederick Street, Suite 105
                 Omaha, NE 68124
                 (402) 391-8484 Telephone
                 (402) 391-1103 Facsimile
                 E-mail: pacwlr@earthlink.net
                 Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Adam J. Prochaska
Harding & Schultz, PC, LLO
800 Lincoln Square
121 S. 13th St.
PO Box 82028
Lincoln, NE  68501-2028

David Israel
Sessions, Fishman, Nathan & Israel, LLP
3850 N. Causeway Blvd.
Metairie, LA  70002-1752

James K. Schultz
Sessions, Fishman, Nathan & Israel of Ill., LLC
55 West Monroe, Suite 1120
Chicago, IL  60603


and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  N/A

                        By:s/*William L. Reinbrecht*
                           William L. Reinbrecht, #20138
                           Car & Reinbrecht, P.C., L.L.O.
                           8720 Frederick St. # 105
                           Omaha, NE 68124
                           (402) 391-8484 phone
                           ( 402) 391-1103 fax
                           pacwlr@earthlink.net –e-mail
                           Attorneys for Plaintiff