IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH P. CHARBONNEAU, | ) |
| Plaintiff, | ) 8:08CV476 |
| v. | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) ORDER |
| Defendant. | ) |

This matter is before the court on the notice of the parties that this case is settled and the case dismissed. Filing No. 11.

THEREFORE, IT IS ORDERED that this case is dismissed with prejudice, with each party to pay its own costs unless otherwise agreed upon in the confidential settlement agreement.

DATED this 24th day of December, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge